# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

STEVEN R. JENKINS,

    Plaintiff,     :    Case No. 2:20-cv-3146

    -vs-     Judge Sarah D. Morrison
    Magistrate Judge Kimberly A. Jolson

COMMISSIONER OF
SOCIAL SECURITY,

    :

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on January 27, 2021. (ECF No. 14). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the R&R. For the reasons set forth in the R&R, the decision of the Commissioner is **REVERSED**, and this action is **REMANDED** pursuant to Sentence Four of § 405(g) for further proceedings consistent with the R&R. The Clerk is **DIRECTED** to terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**